**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATHANIEL RIDLEY

        Plaintiff,

**vs.**                                **CASE NO. 3:07-cv-1173-J-16JRK**

ERIC STEWART, et al,

        Defendant.
_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed March 5, 2008 (Doc.#13) to which no objections have been filed.

Therefore, after an independent review of the record, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc #2) is **DENIED.** The Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida, this  27th   day of March, 2008.

Copies to:
    Counsel of record and Pro Se Party

JOHN H. MOORE II
United States District Judge